## Henry S. Blum, Plaintiff-Appellee, v. Morris Kurtzon, Defendant-Appellant.

### Gen. No. 45,305.

Heineman & Langsett, for appellant; Frederick W. Heineman and Robert M. Grossmann, of counsel; Francis X. Busch and Vincent J. Carney, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed December 19, 1951; rehearing denied January 4, 1952; released for publication January 7, 1952.